UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

NURIS MARTE LOPEZ,
   a/k/a "Wanda De Jesus,"
   a/k/a "Nuris Santos Marte,"
   a/k/a "Nuris Marte De Lopez,"
   a/k/a "Nurdes Figueroa,"

        Defendant.

- - - - - - - - - - - - - - - - - - x

**ORIGINAL**

INDICTMENT    **JUDGE ABRAMS**

18 Cr.

**18 CRIM 370**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAY 2 3 2018**

**COUNT ONE**

The Grand Jury charges:

In or about April 2017, in the Southern District of New York and elsewhere, NURIS MARTE LOPEZ, a/k/a "Wanda De Jesus," a/k/a "Nuris Santos Marte," a/k/a "Nuris Marte De Lopez," a/k/a "Nurdes Figueroa," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NURIS MARTE LOPEZ,
 a/k/a "Wanda De Jesus,"
 a/k/a "Nuris Santos Marte,"
 a/k/a "Nuris Marte De Lopez,"
 a/k/a "Nurdes Figueroa,"

Defendant.

## INDICTMENT

18 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2)).

GEOFFREY S. BERMAN
United States Attorney

A TRUE BILL

*KimSchmies*
Foreperson

*05/23/18*   *INDICTMENT FILED*
*(CA)*       *WHERA - DJ. ABRAMS*
             *K. PARKER*
             *[illegible]*