USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

NURIS MARTE LOPEZ,

Defendant.

No. 18-CR-370 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has received a letter from Nuris Marte Lopez seeking clarification regarding the calculation of her sentence. No later than January 21, 2020, the Government shall confer with the Bureau of Prisons and inform the Court as to when Marte Lopez is expected to be released from Bureau of Prisons custody.

SO ORDERED.

Dated: January 7, 2020
New York, New York

Ronnie Abrams
United States District Judge